MILLER *et al. v.* WILLIAMS *et al.*

No. 2712. Opinion Filed June 20, 1913.

*Error from District Court, McClain County; R. McMillan, Judge.*

Action by Wilson Miller and others against Jennie L. Williams and others to recover possession of certain real estate. Judgment for defendants, and plaintiffs bring error. Dismissed.

*Wadlington & Wadlington,* for plaintiffs in error.
*Rennie, Hocker & Moore,* for defendants in error.

Opinion by ROBERTSON, C. This appeal was filed in this court June 8, 1911. Neither party has filed a brief, nor is there any excuse offered for their failure to do so. It is evident that the proceedings have been abandoned. The appeal should, therefore, be dismissed, for want of prosecution,

under rule 7 of this court (20 Okla. viii, 95 Pac. vi); *Streeter v. McCoy,* 34 Okla. 490, 126 Pac. 216; *Streeter v. Huene,* 34 Okla. 491, 126 Pac. 216; *Thompson v. Murray,* 34 Okla. 521, 125 Pac. 1133; *Reliable Ins. Co. v. Newcomber,* 34 Okla. 759, 127 Pac. 260; *O. & G. Ry. Co. v. Johnson,* 34 Okla. 816, 127 Pac. 422; *First Nat. Bank v. Baldwin,* 34 Okla. 825, 127 Pac. 260; *Snow v. Frye,* 34 Okla. 826, 127 Pac. 422.

By the Court: It is so ordered.